In the Matter of JOHN C. OLDMIXON, an Attorney, Respondent.

First Department, February 11, 1938.

*Einar Chrystie*, for the petitioner.

Respondent in person.

PER CURIAM. On December 7, 1937, the respondent entered a plea of guilty of the crime of bribery of a United States officer, in violation of section 91 of title 18 of the United States Code. Said crime is a felony. (U. S. Code, tit. 18, § 541; N. Y. Penal Law, § 378.) Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, the respondent, therefore, must be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, COHN and CALLAHAN, JJ.

Respondent disbarred.